FILED

2015 Mar-13  AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| RAFAEL ALBERTO LLOVERA LINARES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) Case No.: 4:14-cv-00678-KOB-SGC | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Rafael Alberto Llovera Linares, a detainee of United States Immigrations and Customs Enforcement proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On February 13, 2015, the magistrate judge entered a report recommending that the court dismiss for lack of jurisdiction that portion of the petition requesting review of the order removing the petitioner to Venezuela and deny the remaining portion of the petition challenging the petitioner's continued detention.  (Doc. 14 at 8).  The magistrate judge further recommended the court deny both the petitioner's motion requesting *nunc pro tunc* relief (doc. 9) and his motion seeking a preliminary injunction and "U visa" certification (doc. 10).  (*Id.*).  No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation. Accordingly, the court finds that the portion of the petition requesting review of the order removing the petitioner to Venezuela is due to be DISMISSED for lack of jurisdiction and the remaining portion of the petition challenging the petitioner's continued detention is due to be DENIED. Furthermore, both the petitioner's motion requesting *nunc pro tunc* relief (doc. 9) and his motion seeking a preliminary injunction and "U visa" certification (doc. 10) are due to be DENIED.

The court will enter a Final Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 13th day of March, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE